Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated, | Case No.: 2:20-cv-01220-WBS-DB |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| DOLLS KILL, INC., a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Valerie Brooks ("Plaintiff"), and Dolls Kill, Inc. ("Defendant") have reached an agreement. The claims of Plaintiff have settled on an individual basis. Plaintiff by and through her undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually on behalf of Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: September 21, 2020                   Respectfully Submitted,

/s/ *Thiago M. Coelho*
Thiago M. Coelho
Bobby Saadian
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: September 21, 2020            /s/ Thiago M. Coelho
                                     Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137